FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. EP-03-CR-1409-PRM |
| Plaintiff, #94588 | ) **SUPERSEDING** |
| | ) **INDICTMENT** |
| VS. | ) Ct 1: Vio: 21:846 & 841(a)(1) - |
| | ) Conspiracy to Possess with |
| LUIS ABRAMSON, | ) Intent to Distribute a Controlled |
| JUAN A. CANARIO-RODRIGUEZ, | ) Substance; |
| JOSE GORIS, and #94591 | ) Cts 2, 3, 4, 5, 6 : Vio: 21:841(a)(1) - |
| BLANCA YVONNE VALENCIA | ) Possession With Intent to Distribute a |
| a.k.a. Blanca Yvonne Gonzalez, | ) Controlled Substance |
| | ) |
| | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES:

**COUNT ONE**
(21 U.S.C. §§ 846 & 841(a)(1) & 841(b)(1)(B)(vii))

That on or about January 1, 2001, through and including July 16, 2003, in the Western District of Texas and elsewhere, Defendants,

LUIS ABRAMSON,
JUAN A. CANARIO-RODRIGUEZ,
JOSE GORIS, and
BLANCA YVONNE VALENCIA a.k.a. Blanca Yvonne Gonzalez,

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved 100 kilograms or more of a mixture or substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

A true copy of the original, I certify.
Clerk, U. S. District Court

By ______________________
Deputy

62.

**COUNT TWO**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about July 22, 2002, in the Western District of Texas and elsewhere, Defendant,

BLANCA YVONNE VALENCIA a.k.a. Blanca Yvonne Gonzalez,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about October 22, 2002, in the Western District of Texas and elsewhere, Defendant,

LUIS ABRAMSON,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT FOUR**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about October 25, 2002, in the Western District of Texas, Defendants,

LUIS ABRAMSON, and
JUAN A. CANARIO-RODRIGUEZ

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(C).

**COUNT FIVE**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about October 25, 2002, in the Western District of Texas, Defendants,

JOSE GORIS,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SIX**
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about December 11, 2002, in the Western District of Texas and elsewhere, Defendants,

LUIS ABRAMSON and
JUAN A. CANARIO-RODRIGUEZ

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marihuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: ______________________
Assistant U.S. Attorney