AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

## APPEARANCE

Case Number: CR06-74T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Goris

I certify that I am admitted to practice in this court.

John M Cicilline

8-22-07
Date

John M Cicilline
Signature

JOHN M CICILLINE
Print Name

Bar Number 3350

387 Atwells Ave
Address

Prov. R.I. 02909
City State Zip Code

273-5600
Phone Number

Fax Number