**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CASE NO.: 06-74** |
| | : | |
| **JOSE GORIS** | : | **September 18, 2007** |

## MOTION TO CONTINUE

Now comes the defendant Jose Goris, in the above-entitled cause and moves for a continuance of the September 19, 2007 hearing date until after October 15, 2007 and for reason says:

1. That the State Court Hearing has been continued to October 15, 2007.

2. That the Government does not object to a continuance of this matter.

WHEREFORE he moves that his hearing be continued until after October 15, of 2007.

Respectfully submitted,
Jose Goris,
By his Attorney,

/s/ *JOHN M. CICILLINE*
John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

## CERTIFICATION

I hereby certify that on September 18, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*