**IN THE UNITED STATES DISTRICT COURT**
**FOR**
**THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CR. No. 06-CR-74** |
| | : | |
| **JOSE GORIS** | : | **November 2, 2007** |

## MOTION TO CONTINUE

Now comes John M. Cicilline in the above-entitled cause and moves for a continuance of the violation hearing until after November 13, 2007 and for reason says:

1. That the 911 tape has not been located.

**WHEREFORE**, the defendant prays this Honorable Court so moves.

Respectfully Submitted,

*John M. Cicilline*

John M. Cicilline, Esq. (#3350)
381 Atwells Avenue
Providence, RI 02909
Office (401) 273-5600
FAX 454-5600

## CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 2nd day of November, 2007.

*John M. Cicilline*