**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CASE NO.: 06-74** |
| | : | |
| **JOSE GORIS** | : | **November 05, 2007** |

## MOTION TO PRODUCE

Now comes the defendant Jose Goris, in the above-entitled cause and moves for the Rhode Island State Police to produce the 911 emergency tape of Jose Goris which was made on December 30, 2005 at approximately 2:15 am.

Jose Goris plead at his arraignment on March 7, 2006 in case 61/06-04316 in the 6th Division District Court.

Respectfully submitted,
Jose Goris,
By his Attorney,

/s/ *JOHN M. CICILLINE*
John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jmcicilline387@aol.com

## CERTIFICATION

I hereby certify that on November 5, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*