UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 06-74T |
| | : | |
| JOSE GORIS | : | |

**ORDER**

Pursuant to Fed. R. Crim. P. 17(c) and R.I. Gen. Laws § 39-21.1-4(2), the Rhode Island State Police shall produce to Mr. Jose Goris' counsel, John M. Cicilline, Esquire, a recording of the 911 call initiated by Mr. Goris on December 30, 2005 at approximately 2:15 a.m. This 911 call was the subject of a State criminal charge of Providing False Information to 911 against Mr. Goris and is relevant to a pending supervised release violation case in this Court.

SO ORDERED

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
November 6, 2007