AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA

V.

Jose Boris.

## EXHIBIT AND WITNESS LIST

Case Number: CR06-74T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Almond | Neronha | Cicilline |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11-14-07 | tape | Noel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 11-14 | Full | Y | 911 tape |
| | | | | | |
| 1 | | 11-14 | Full | Y | J+C from state court. |
| | | | | | |
| | B | 11-14 | Full. | Y | Police Report. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.