AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

USA v. Jose Goris

CASE NUMBER: CR06-74T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Torres | Neronha, Peter | Cicilline, John |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-17-08 | Debra Lajoie | R. Smith |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 1-17-08 | | | W1 - Cynthia Trahan, State Police Trooper |
| | | | | | |
| | | 1-17-08 | | | W2 - Dolores Tavares, Goris' sister-in-law |
| | | | | | |
| | A | 1-17-08 | Full | Y | 911 Tape |
| | | | | | |
| | | | | | W3 - Jose Goris |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.